1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY LEONARD GONZALEZ,              1:13-cv-02018 GSA (PC)

12              Plaintiff,

13        v.                                ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
14   FRESNO COUNTY JAIL, et al.,            (Document# 2)

15              Defendants.                         and

16
                                            ORDER DIRECTING PAYMENT
17                                          OF INMATE FILING FEE BY THE FRESNO
                                            COUNTY SHERIFF
18

19

20

21          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

22   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

23   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

24   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.   28 U.S.C.

25   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

26   the preceding month's income credited to plaintiff's trust account.  The Fresno County Sheriff is

27   required to send to the Clerk of the Court payments from plaintiff's account each time the amount

28   in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

                                              1

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2   ORDERED that:

3    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

4    **2.  The Fresno County Sheriff or her designee shall collect payments from**

5   **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the**

6   **preceding month's income credited to the prisoner's trust account and shall forward**

7   **those payments to the Clerk of the Court each time the amount in the account**

8   **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

9   **been collected and forwarded to the Clerk of the Court.  The payments shall be**

10   **clearly identified by the name and number assigned to this action.**

11    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12   plaintiff's in forma pauperis application on the Fresno County Sheriff, via the court's

13   electronic case filing system (CM/ECF).

14    4.   The Clerk of the Court is directed to serve a copy of this order on the Financial

15   Department, U.S.  District Court, Eastern District of California, Sacramento Division.

16    5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

17   certified copy of his prison trust account statement for the six-month period immediately

18   preceding the filing of the complaint, if plaintiff has not already done so.

19

20   IT IS SO ORDERED.

21    Dated:  __December 19, 2013__       _____/s/ Gary S. Austin__
                                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28